■ In the Matter of CHRISTEN VIVIAN et al., Petitioners, v GLADYS CARRION, Commissioner, New York State Office of Children and Family Services, et al., Respondents. [879 NYS2d 781]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Niagara County [Richard C. Kloch, Sr., A.J.], entered January 20, 2009) to review a determination of respondent Gladys Carrion, Commissioner, New York State Office of Children and Family Services. The determination denied the application of petitioners to amend an indicated report of child maltreatment to an unfounded report and to seal the amended report.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

■ CHERYL KALENDA et al., Appellants, v MAR-WAL CONSTRUCTION CO., INC., Respondent. [879 NYS2d 782]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered June 6, 2008 in a personal injury action. The order, among other things, granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.